**Exhibit A**

 CT Corporation

**Service of Process Transmittal**
06/10/2016
CT Log Number 529310710

**TO:** Litigation Department
FedEx Corporation
3620 Hacks Cross Rd, 3rd floor, Building B
Memphis, TN 38125

**RE:** Process Served in District of Columbia

**FOR:** FedEx TechConnect, Inc. (Domestic State: DE)

PAULA LANGLEY
JUN 13 2016
FEDEX LEGAL DEPT

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Dawn J. Bennett Holding, LLC, etc., Pltf. vs. FedEx TechConnect, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Initial Order and Addendum |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2016CA004102B |
| **NATURE OF ACTION:** | Defendant breached its obligations under the agreement by exercising its right to ensure service |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/10/2016 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this summons, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Harry J. Jordan<br>101 17th Street NW<br>Suite 609<br>Washington, DC 20036-4718<br>202-416-0216 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 783324199775<br><br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1015 15th St NW Ste 1000<br>Washington, DC 20005-2621 |
| **TELEPHONE:** | 202-572-3133 |

Page 1 of 1 / RT

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This Information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Exhibit A**



20005
1024

PRIORITY MAIL
★ TRACKED ★
★ INSURED ★
UNITED STATES

**HARRY J. JORDAN**
Attorney at Law
1101 17th Street, N.W.
Suite 609
Washington, D.C. 20036-4718

To:

CT Corporation System
1015 15th Street, NW, Suite 1000
Washington, DC 20005

7001 0320 0002 3794 1199

**Exhibit A**

Filed
D.C. Superior Court
06/08/2016 12:15PM
Clerk of the Court

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Dawn J. Bennett Holding, LLC,
d/b/a DJB Holding

*Plaintiff*

vs.

Civil Action No. __2016 CA 004102 B__

Fedex Tech Connect, Inc.
*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Name of Plaintiff's Attorney
Harry J. Jordan

Address 1101 17th Street, NW, Suite 609

Washington, DC 20036

Telephone Bar No. 047860
(202) 416-0216

By _____
Deputy Clerk

Date __06/07/2016__

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM

**Exhibit A**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

DAWN J. BENNETT HOLDING, LLC, )
D/B/A/ DJB HOLDING )
5335 Wisconsin Avenue, NW, Suite 501 )
Washington, DC 20015, )
                           )        Civil Action No: **2016 CA 004102 B**
     Plaintiff, )
                           )
     v. )
                           )
FEDEX TECH CONNECT, INC., )
942 South Shady Grove Road )
Memphis, TN 38120 )
Serve: CT Corporation System )
        1015 15th Street, NW, Suite 1000 )
        Washington, DC 20008, )
                           )
     Defendant. )

## COMPLAINT
(Breach of Contract and Fraud)

Plaintiff Dawn J. Bennett Holding, LLC, d/b/a DJB Holding (Bennett), by and through its undersigned counsel, complains against Defendant Fedex Tech Connect, Inc. (FedEx), as follows.

## NATURE OF CASE

1.     This action involves a suit by Bennett against FedEx seeking compensatory damages, with interest, for breach of contract and fraud, an accounting, and recovery of the legal expenses incurred in this litigation.

## JURISDICTION AND VENUE

2.     Jurisdiction of this Court exists under D.C. Code 11-921, 1983 Ed. Suppl. IV and D.C. Code13-423, 1983 Ed. Suppl. IV. Venue is proper in that Bennett's headquarters and operations

1

**Exhibit A**

are in the District of Columbia; FedEx provides transportation service in the District; and the events giving rise to the Bennett's cause of action occurred here.

## PARTIES

3. Bennett sells top-of-the line sports apparel and equipment to a world-wide market. It makes over 10,000 shipments a year and extensively uses surface and air freight carriers in marketing its merchandise.

4. FedEx provides motor carrier transportation service throughout the United States and overseas; it has been used by Bennett in its shipping and receiving operations.

## STATEMENT OF FACTS

5. Prior to April, 2012, Bennett used UPS as its principal motor carrier service. Earlier that year, FedEx aggressively began to solicit Bennett's business, claiming to be able to provide superior service at more favorable rates. On April 9, 2012, Bennett entered into a pricing agreement with FedEx, expecting not only to receive improved service, but, as FedEx promised, substantially deeper discounted rates. Appendix A, FedEx Pricing Agreement, pp. 1-9.

6. From April, 2012 through February, 2014, Bennett paid FedEx $139,036.76 in transportation charges. Appendix B, McNeill Declaration. Bennett became concerned that it was not receiving the full discounts provided by the pricing agreement; a suspicion confirmed when a FedEx official admitted that this was true. Armed with this information, Bennett asked FedEx for a spread sheet setting forth the shipments transported, their characterization, weight, origin and destination, the discount given, and basis for the discount. FedEx refused to provide Bennett with the information requested and continues to do so. Nonetheless, it is reasonable to believe, based on the total transportation charges paid, that the discount called for by the pricing agreement was short by more than $35,000.

2

**Exhibit A**

## STATEMENT OF CLAIMS
### COUNT 1: BREACH OF CONTRACT

7.     Plaintiff adopts and incorporates by reference paragraphs 1 through 6 above.

8.     Bennett and FedEx entered into a contract whereby FedEx agreed to transport Bennett's shipments subject to a scale of rates and charges tied to zones, weight of the shipment, destination, frequency, pickup and delivery site, and related ancillary services.

9.     FedEx, in turn, agreed to provide Bennett discounts ranging from 6% to 38% on its annualized base transportation charges. FedEx determined what ancillary service fees, surcharges, special handling fees, minimum charges, among other charges, were subject to what discounts. Appendix A.

10.     A contract creates obligations for both parties. As agreed, Bennett met its part of the agreement, using FedEx to transport shipments from April, 2012 through February, 2014, paying it over $139,000 for its service. Appendix B. But when Bennett asked FedEx to substantiate the discounts given and the basis of such deductions, or more importantly why other discounts were not given, FedEx refused.

11.     FedEx's failure to provide Bennett with the information sought was a breach of contract, since the discounts were the controlling reason for Bennett entering into a contract with FedEx in the first place. Absent such information Bennett had no way to assure that it was getting the discounts it had contracted to receive and FedEx agreed to provide. FedEx's refusal was, and continues to be, a breach of their contract, entitling Bennett to an accounting and compensatory damages.

## COUNT 2: FRAUD

12.    Plaintiff adopts and incorporates by reference paragraph 1 through 11 above.

13.    Fraud is a false representation of a present or past fact made by the defendant, action in reliance thereof by the plaintiff, and damage resulting to plaintiff from such misrepresentation.

14.    Bennett relied on FedEx's promises in their pricing agreement that it would give Bennett substantial discounts if plaintiff used FedEx's transportation service. FedEx's concealment of the specifics of such discounts deceived, and was intended to deceive, Bennett causing it to enter into the pricing agreement to its legal injury.

15.    Bennett is therefore entitled to compensatory damages for such fraudulent action by FedEx. Additionally, because FedEx's flagrant and egregious action, punitive damages are also justified.

## RELIEF REQUESTED

**WHEREFORE**, plaintiff prays: (1) for entry of an order by the Court requiring defendant to provide an accounting of the discounts provided plaintiff from April, 2012 through March, 2014, and an explanation why other discounts were not earned under the terms of the pricing agreement, and (2 for entry of judgment in plaintiff's favor against defendant as follows:

1.  An award of actual damages suffered, plus interest, in an amount to be proved at trial;

2.  An award of punitive damages of $400,000;

3.  An award of the costs of this lawsuit, including reasonable attorney's fees; and

4.  An order granting plaintiff such additional and further relief as the Court deems just.

## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all issues and damages arising herein.

**Exhibit A**

Respectfully submitted,

Harry I. Jordan, Esq., (DC Bar No. 047860)
1101 17th Street, NW, Suite 609
Washington, D.C. 20036-4718
(202) 416-0216
Counsel for DJ Bennett Holding, LLC
d/b/a DJB Holding

Dated: June 6, 2016

## CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiff's Complaint and Summons were served by certified mail, postage prepaid, this 6th day of June, 2016, on CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, DC 20008, Statutory Agent for Service of Process of Fedex Tech Connect, Inc., 942 South Shady Grove Road, Memphis, TN 38120.

Harry J. Jordan

**Exhibit A**

# APPENDIX A

**Exhibit A**



| DEPT./RESP. |
| --- |
| EXHIBIT    1 |
| CASE# |

**FedEx Pricing Agreement**

PRS 6206855

Agreement Number: 5453106

Customer Name: DJB HOLDINGS LLC

Effective Date: 04/09/2012 ("Effective Date")

Customer, including any of its divisions, subsidiaries and affiliates, a majority (defined as 51%) of whose voting stock is directly or indirectly owned by Customer ("Customer" herein), and FedEx agree to enter into this FedEx Pricing Agreement (the "Agreement") subject to the following terms and conditions.

1. **Pricing.** FedEx agrees to provide to Customer transportation services under the terms contained in this Agreement. Pricing for FedEx Express and/or FedEx Ground and/or FedEx SmartPost services is attached and incorporated by reference. A courtesy copy of Customer's pricing reflected as net rates is available upon request from Customer's FedEx sales professional. Net rate sheets are provided as a courtesy and are not incorporated within the Agreement.

The pricing provided to Customer is for Customer's exclusive use and benefit and may not be resold or otherwise extended to any other party without prior written consent of FedEx. The pricing is effective the later of the date identified above, if any, or within five business days following possession of a fully executed Agreement by FedEx's authorized representative ("Effective Date"). Only the account and barcode numbers verified by FedEx will participate in the pricing. Only the billed account and barcode number will receive the applicable pricing and revenue credit. To add an account or location, Customer must notify the FedEx sales executive in writing at least seven days in advance.

2. **Service Guide.** Each shipment made with FedEx is subject to the country of origin location's terms and conditions of carriage and the FedEx Service Guide in effect at the time of shipment, which terms are incorporated into this Agreement by reference. FedEx reserves the right to modify the FedEx Service Guide, including a modification of the published transportation rates, at anytime without notice. Customer is directed to the FedEx web site www.fedex.com for changes in the FedEx Service Guide. In the event there is a conflict between this Agreement and the FedEx Service Guide, the provisions of this Agreement control. FedEx SmartPost shipments under this agreement are subject to the terms and conditions set forth at www.fedex.com/us/smartpostguide in effect on date of shipment.

3. **Payment Terms.** Payment is due at the time services are rendered. FedEx may, however, extend credit privileges. The invoice date begins the credit term cycle, and payment is due within the number of days specified below from the invoice date. However, invoices for duties and taxes are payable on receipt. Customer agrees that remaining current on all payables is a condition to the extension of credit and pricing. Failure to comply with payment terms may result in denial of credit or removal of applicable pricing. FedEx reserves the right to discontinue credit privileges at any time upon notice and for any reason.

   Payment Terms: 15 days

4. **Automation.** Customer agrees that all shipping locations will use a FedEx online or FedEx compatible shipping solution that is approved and authorized by FedEx, and an agreement for the placement or use of any such shipping solution shall be accepted prior to such use.

5. **Confidentiality.** Both FedEx and Customer agree that the terms of this Agreement, including the attached pricing, are confidential and shall be held in strict confidence by both parties and may not be disclosed unless required by law. Customer agrees not to post or publicly display the terms or the pricing. FedEx and Customer also agree that any discussions or negotiations regarding the attached pricing or any changes thereto (including but not limited to future pricing offerings) are also confidential and are pursuant to this provision of confidentiality. Notwithstanding the foregoing, disclosure to subsidiaries, affiliates and related entities of FedEx is permitted without prior authorization.

6. **Term.** This Agreement commences on the Effective Date and continues until terminated by either party.

7. **Termination.** Either party may terminate this Agreement immediately upon notice for the other party's noncompliance with its terms. Either party may terminate this Agreement without cause and without penalty at any time upon 30 days prior written notice to the other.

# Exhibit A

**8. Prior Agreements.** This Agreement supersedes all Pricing Agreements and Addenda, if any, for FedEx Express and/or FedEx Ground and/or FedEx SmartPost services between FedEx and Customer for the designated account(s) and bar code number(s) relating to the services and package types covered by this Agreement and identified on the respective pricing attachments.

**9. No Modifications.** Any alterations to this document by either party will render it null and void.

**10. Other.** This Agreement does not provide for the shipment of alcohol or other items or commodities that may be prohibited by law or by the FedEx Service Guide and/or FXF 100 Series Rules Tariff, as applicable. Such commodities require a separate agreement.

**11. Electronic Storage.** Either Party may copy this completed Agreement for electronic storage in a non-editable format, at which time the paper form of this Agreement may be destroyed. Customer and FedEx each agree that following the electronic storage of this Agreement, any hard copy printout of that electronically stored information will constitute an original of this Agreement.

IN WITNESS WHEREOF, the parties hereby execute this Agreement as of the last date provided below.

DJB HOLDINGS, LLC ("Customer")

By: Junice Caleman

Title: mgr

Date: 04:39 PM 04/23/2012

FEDERAL EXPRESS CORPORATION AND
FEDEX GROUND PACKAGE SYSTEM, INC.
(collectively, "FedEx") By their agent
FedEx Corporate Services, Inc.

By: Brittany Shephard

Title: AE

Date: 04:39 PM 04/23/2012

Employee No.: 834584

Offer expires if not accepted by Customer within 30 days of date of presentment of Agreement.

**Exhibit A**



**Express Pricing Attachment**

PRS 6203855

Agreement Number: 3453106

Customer Name: DJO HOLDINGS LLC

Effective Date: 04/09/2012 ("Effective Date")

The pricing applies only to the following FedEx account numbers. If the account number is a national account number or a specific subgroup, unless otherwise noted the pricing applies to all individual FedEx account numbers associated with the national account or subgroup number(s):
Account(s): 469886123

**U.S. EXPORT EXPRESS**
Pricing for U.S. Export Express services applies to U.S. payor FedEx accounts for shipments with a U.S. origin and a non-U.S. destination.

Pricing is subject to minimum charges, which are determined by FedEx and are subject to change without notice.

Customer's Express pricing is expressed as a percentage discount off of the Base Rate identified in the table below. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| 1 | Month 1 | * | Service Guide in effect on date of Shipment |

* Except where Customer's Base Rate is identified as LIST (in such case all of Customer's discounts expire and Customer moves to published list rates for the services identified), Customer's Express pricing does not expire and shall remain in effect unless otherwise terminated by Customer or FedEx as specified in the Agreement. FedEx reserves the right to change Customer's pricing program structure upon notice.

**Base Discounts:**
Discounts are stated as percentages and all minimums are stated as U.S. dollar amounts.
PR = Puerto Rico
PR Discounts at 151lbs. shall also apply to all weights greater than 151lbs. (and accepted by FedEx for the service) for the service identified.

**FedEx International Priority Envelope - Export**

| Zones => | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Envelope % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority Pak - Export**

| Zones => | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 2 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority - Export**

| Zones => | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 150 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority Heavyweight - Export**

| Zones => | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151+ lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Economy - Export**

| Zones => | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|----------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 150 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**Exhibit A**

FedEx International Economy Heavyweight - Export

| Zones ⇒ | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155+ lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

The following services will not receive any Base Discounts:
FedEx International Priority Freight (ATA) - Export, FedEx International Priority Freight (DTD DTA ATD) - Export, FedEx International Economy Freight (ATA) - Export, FedEx International Economy Freight (DTD DTA ATD) - Export

**Earned Discounts:**
In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, the shipment must be billed to a FedEx account number that is eligible for earned discounts and, if an automation device is used, shipped from an earned discount compatible automation device. Customer shall not be entitled to invoice adjustments for earned discounts for use of account numbers or automation devices that are not eligible for earned discounts.

**Grace Period:**
Beginning with the Effective Date of this Agreement, Customer shall receive the following additional discounts for the time period specified below as the Grace Period. Discounts apply to the Base Rate specified for each applicable service in effect at the time of shipment. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below:

At the conclusion of the Grace Period, Customer's discounts will be determined based upon Customer's actual shipping activity as follows: Customer's Base Transportation Charges (annualized) will be calculated monthly to determine Customer's discount from the table below, for the following month. Customer's annualized charges shall be based upon the frequency identified below (for example: On a 12 month frequency, beginning with the shipments during the last calendar month of the Grace Period, Customer's Base Transportation Charges will be divided by the corresponding number of months. After 12 months, the Base Transportation Charges for the most recent 12 months are used.). The last calendar month of Customer's Grace Period shall be the first month used for this calculation.

Base Transportation Charges are before discounts are applied, and do not include ancillary service fees, surcharges, special handling fees or other charges.

| Grace Period Discounts: 9 Weeks | |
|---|---|
| Service(s) | Discount(s) |
| FedEx International Priority Envelope - Export | 34.0% |
| FedEx International Priority - Export | 34.0% |
| FedEx International Economy - Export | 36.0% |
| FedEx International Priority Freight - Export | 34.0% |
| FedEx International Economy Freight - Export | 34.0% |

**Service Groupings used in the Earned Discount Calculation:**
For each of the Service Groupings below, revenue will be combined from U.S. payer accounts for all applicable billing options (Outbound, Inbound, Third Party and Recipient Bill):

**Domestic Express**
**International Express:** International Express revenue includes U.S. Export, U.S. Import, Non-U.S. Origin International, Global Third Party, Puerto Rico Southbound, Puerto Rico Northbound and Intra Puerto Rico shipments, International Express Distribution Services and International Mail Service billed to the account numbers identified herein.
**Ground:** Includes single piece, net multiweight and return shipments
**Home Delivery:** Includes single piece, net multiweight and return shipments
**SmartPost:** Includes all services

Revenue will be aggregated for the account(s) indicated in the contract and any corresponding discount(s) will be applied to the same account(s).

**Frequency: 12 Months**

| Service(s) | Annualized Base Transportation Charges | | Earned Discount |
|---|---|---|---|
| FedEx International Priority Envelope - Export | $20,000.00 | To   $34,999.99 | 30.0% |
| FedEx International Priority - Export | $35,000.00 | To   $50,999.99 | 32.0% |
| FedEx International Economy - Export | $51,000.00 | To   $67,999.99 | 34.0% |
| FedEx International Priority Freight - Export | $68,000.00 | To   $89,999.99 | 36.0% |
| FedEx International Economy Freight - Export | $90,000.00 | Plus | 38.0% |

## U.S. IMPORT AND NON-U.S. ORIGIN/DESTINATION INTERNATIONAL EXPRESS

Pricing for U.S. Import Express services applies to U.S. payer FedEx accounts for shipments with a non-U.S. origin and a U.S. destination. Pricing for non-U.S. origin/destination Express services applies to U.S. payer FedEx accounts for shipments with a non-U.S. origin and a non-U.S. destination.

Pricing is subject to discount limitations and minimum charges that vary by the country of origin. The discount limitations and minimum charges are determined by FedEx and are subject to change without notice.

Destination-based import rates apply and may be found at www.fedex.com.

## Exhibit A

Customer's Express pricing is expressed as a percentage discount off of the Base Rate identified in the table below. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| 1 | Month 1 | * | Service Guide in effect on date of Shipment |

* Except where Customer's Base Rate is identified as LIST (in such case all of Customer's discounts expire and Customer moves to published list rates for the services identified), Customer's Express pricing does not expire and shall remain in effect unless otherwise terminated by Customer or FedEx as specified in the Agreement. FedEx reserves the right to change Customer's pricing program structure upon notice.

**Base Discounts:**
Discounts are stated as percentages and all minimums are stated as U.S. dollar amounts.
PR = Puerto Rico
PR Discounts at 154lbs. shall also apply to all weights greater than 154lbs. (and accepted by FedEx for the service) for the service identified. Notwithstanding any other term herein, the Base Rate for PR shall always be the Service Guide in effect on the date of shipment.

**FedEx International Priority Envelope - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Envelope % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority Pak - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 2 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 154 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Priority Heavyweight - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155+ lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Economy - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 154 lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

**FedEx International Economy Heavyweight - Import**

| Zones ⇒ | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155+ lbs. % | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |

The following services will not receive any Base Discounts:
FedEx International Priority Freight (ATA) - Import, FedEx International Priority Freight (DTD ATD DTA) - Import, FedEx International Economy Freight (ATA) - Import, FedEx International Economy Freight (DTD ATD DTA) - Import

**Earned Discounts:**
In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, the shipment must be billed to a FedEx account number that is eligible for earned discounts and, if an automation device is used, shipped from an earned discount compatible automation device. Customer shall not be entitled to invoice adjustments for earned discounts for use of account numbers or automation devices that are not eligible for earned discounts.

**Grace Period:**
Beginning with the Effective Date of this Agreement, Customer shall receive the following additional discounts for the time period specified below as the Grace Period. Discounts apply to the Base Rate specified for each applicable service in effect at the time of shipment. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

At the conclusion of the Grace Period, Customer's discounts will be determined based upon Customer's actual shipping activity as follows: Customer's Base Transportation Charges (annualized) will be calculated monthly to determine Customer's discount, from the table below, for the following month. Customer's annualized charges shall be based upon the frequency identified below (for example: On a 12 month frequency, beginning with the shipments during the last calendar month of the Grace Period, Customer's Base Transportation Charges will be divided by the corresponding number of months. After 12 months, the Base Transportation Charges for the most recent 12 months are used.). The last calendar month of Customer's Grace Period shall be the first month used for this calculation.

Base Transportation Charges are before discounts are applied, and do not include ancillary service fees, surcharges, special handling fees, or other charges.

| Grace Period Discounts: 9 Weeks | |
|---|---|
| Service(s) | Discount(s) |
| FedEx International Priority Envelope - Import | 30.0% |
| FedEx International Priority - Import | 30.0% |
| FedEx International Economy - Import | 30.0% |
| FedEx International Priority Freight - Import | 50.0% |
| FedEx International Economy Freight - Import | 30.0% |

Service Groupings used in the Earned Discount Calculation
For each of the Service Groupings below, revenue will be combined from U.S. payor accounts for all applicable billing options (Outbound, Inbound, Third Party and Recipient Bill):

Domestic Express
International Express: International Express revenue includes U.S. Export, U.S. Import, Non-U.S. Origin International, Global Third-Party, Puerto Rico Southbound, Puerto Rico Northbound and Intra Puerto Rico shipments, International Express Distribution Services and International Mail Service billed to the account numbers identified herein.
Ground: includes single piece, net multiweight and return shipments
Home Delivery: includes single piece, net multiweight and return shipments
SmartPost: includes all services

Revenue will be aggregated for the account(s) indicated in the contract and any corresponding discount(s) will be applied for the same account(s).

Frequency: 12 Months

| Service(s) | Annualized Base Transportation Charges | | Earned Discount |
|---|---|---|---|
| FedEx International Priority Envelope - Import | $20,000.00 | To   $34,999.99 | 30.0% |
| FedEx International Priority - Import | $35,000.00 | To   $50,999.99 | 30.0% |
| FedEx International Economy - Import | $51,000.00 | To   $67,999.99 | 30.0% |
| FedEx International Priority Freight - Import | $68,000.00 | To   $89,999.99 | 30.0% |
| FedEx International Economy Freight - Import | $90,000.00 | Plus | 30.0% |

**MONEY BACK GUARANTEE AND OTHER PROVISIONS**

Customer is entitled to request refunds pursuant to the Money-Back Guarantee Policy provisions of the FedEx Service Guide for all FedEx Express services.

Customer's express Special Program(s) pricing is expiring and is replaced with the pricing identified herein.

Customer may have a customized Domestic Express Freight pricing program. Any such pricing is not superseded by this Agreement. Please refer to the applicable contract for specific pricing and contract terms.

Bonus Weight Envelope Program
FedEx is extending the Bonus Weight Envelope Pricing Program ("BWE Program") to Customer's approved U.S. based payor accounts to permit Customer to tender FedEx Envelopes weighing greater than 8 ounces at their current express envelope transportation rates. Services available include U.S. domestic FedEx First Overnight, FedEx Priority Overnight, FedEx Standard Overnight, and U.S. export FedEx International Priority and FedEx International First Services. Puerto Rico customers are not U.S. based payor accounts for purposes of this BWE Program.

The structural integrity of the FedEx Envelope (order #s 155475, 155476 and 158011) has been found to perform satisfactorily when the total document weight does not exceed 1.5 pounds (approximately 135 sheets of 8.5" x 11" paper or approximately 105 sheets of 8.5" x 14" paper).

Customer may tender FedEx Envelopes weighing greater than 8 ounces at Customer's current express envelope transportation rates. Accordingly, the terms of this Addendum supersede the 8-ounce weight restriction as set forth in the FedEx Service Guide and on the FedEx Envelope. All other restrictions follow the current Service Guide for each of the above services. The Bonus Weight Envelope Pricing Program applies only in the account number identified above.

Customer agrees that to qualify and remain eligible for this BWE Program, Customer will tender packages to FedEx using one of the following shipping systems: FedEx Ship Manager at FedEx.com, FedEx Ship Manager API 640, FedEx Ship Manager (Cafe 2050), FedEx Ship Manager Server500, FedEx Ship Manager QuickShip, or future releases of these systems/software or other future automation systems that may be approved by FedEx to support the BWE Program. This BWE Program does not apply to FedEx Envelopes tendered using other shipping systems including FedEx PowerShip2, FedEx PowerShip3, FedEx Passport, Passport, FedEx Ship for Windows, FedEx Ship for Mac, and PRO.

Customer agrees that FedEx shall not be liable for damages of any kind resulting from Customer's overpacking or modification of the FedEx Envelope. FedEx reserves the right to repackage a FedEx Envelope, if in its sole discretion, FedEx determines that Customer has overpacked the envelope and that the structural integrity of the packaging has, or may be, compromised. When FedEx repackages an overpacked envelope into other packaging, this BWE Program will not apply and FedEx will charge a higher rate based on the weight of the repackaged shipment.

FedEx may modify or terminate this BWE Program at anytime upon giving Customer written notice.

**Exhibit A**

Customer may not assign its rights or delegate its duties under this BWE Program without FedEx's prior written consent.

Except as provided in this BWE Program, all terms and provisions of the Pricing Program Agreement for FedEx Express transportation services, including the documents incorporated therein by reference and the Warsaw Convention, if applicable, remain unchanged.

**Exhibit A**



**Ground Pricing Attachment**

PRS 6203855

Agreement Number: 3-53106

Customer Name: DJB HOLDINGS LLC

Effective Date: 08/09/2012 ("Effective Date")

The pricing applies only to the following FedEx account numbers. If the account number is a national account number or a specific subgroup, unless otherwise noted the pricing applies to all individual FedEx account numbers associated with the national account or subgroup number(s):
Account(s): 460986123

**GROUND SINGLE PIECE**
The incentives in this section apply to Commercial business ONLY. The incentives relating to the listed Ground services are additive and are applied to the Base Transportation Charges identified in the table below and are not applied to special handling fees, surcharges, ancillary or other charges.

Customer's Ground pricing is expressed as a percentage discount off of the Base Rate identified in the table below. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below:

| Term | Term Start | Term End | Base Rate |
|------|-----------|----------|-----------|
| 1 | Month 1 | * | Service Guide in effect on date of shipment |

* Customer's Ground pricing does not expire and shall remain in effect unless otherwise terminated by Customer or FedEx as specified in the Agreement. FedEx reserves the right to change Customer's pricing program structure upon notice.

Base Discounts:
The following discounts apply to all weights and zones of the following services and package types:

| Service(s): | Package Type(s): | Zone(s): | Discount(s): |
|-------------|-----------------|----------|--------------|
| US to Canada | OB | 51 | 7.0 % |
| US to Canada | OD | 54 | 7.0 % |
| US to Canada | 3P | 51 | 7.0 % |
| US to Canada | 3P | 54 | 7.0 % |
| Service to Alaska | OB | 17 | 2.0 % |
| Service to Alaska | 3P | 17 | 2.0 % |
| Service to Alaska | RB | 17 | 2.0 % |
| Service to Hawaii | OB | 9 | 5.0 % |
| Service to Hawaii | 3P | 9 | 5.0 % |
| Service to Hawaii | RB | 9 | 5.0 % |

Weight/Zone Matrix: The weight and zone associated with a package will be used to determine, from the table(s) below, an additional incentive to be applied to reduce the base package charge.

| Service(s): | | Package Type(s): | | | | |
|-------------|--|------------------|--|--|--|--|
| Continental US Ground | | OB,3P,RB | | | | |

| Package Weight | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|----------------|---|---|---|---|---|---|---|
| 1 to 5 lbs. | 9.0 % | 9.0 % | 9.0 % | 9.0 % | 9.0 % | 9.0 % | 9.0 % |
| 6 to 10 lbs. | 11.0 % | 11.0 % | 11.0 % | 11.0 % | 11.0 % | 11.0 % | 11.0 % |
| 11 to 20 lbs. | 13.0 % | 13.0 % | 15.0 % | 13.0 % | 13.0 % | 13.0 % | 13.0 % |
| 21 to 30 lbs. | 16.0 % | 16.0 % | 16.0 % | 16.0 % | 16.0 % | 16.0 % | 16.0 % |
| 31 to 150 lbs. | 18.0 % | 18.0 % | 18.0 % | 18.0 % | 18.0 % | 18.0 % | 18.0 % |

Earned Discounts:
In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, the shipment must be billed to a FedEx account number that is eligible for earned discounts and, if an automation device is used, shipped from an earned discount compatible automation device. Customer shall not be entitled to invoice adjustments for earned discounts for those account numbers or automation devices that are not eligible for earned discounts.

8/13

**Exhibit A**

Grace Period:
Beginning with the Effective Date of this Agreement, Customer shall receive the following additional discounts for the time period specified below as the Grace Period. Discounts apply to the Base Rate specified for each applicable service in effect at the time of shipment. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

At the conclusion of the Grace Period, Customer's discounts will be determined based upon Customer's actual shipping activity as follows:

Customer's Base Transportation Charges (annualized) will be calculated monthly to determine Customer's discount, from the table below, for the following month. Customer's annualized charges shall be based upon the frequency identified below (for example: On a 12 month frequency, beginning with the shipments during the last calendar month of the Grace Period, Customer's Base Transportation Charges will be divided by the corresponding number of months. After 12 months, the Base Transportation Charges for the most recent 12 months are used. The last calendar month of Customer's Grace Period shall be the first month used for this calculation.).

Base Transportation Charges are before discounts are applied, and do not include ancillary service fees, surcharges, special handling fees or other charges.

| Grace Period Discounts: 9 Weeks | |
|---|---|
| Service(s) | Discount(s) |
| Continental US Ground - Outbound Prepaid | 8.0% |
| Continental US Ground - 3rd Party Billing | 8.0% |
| Continental US Ground - Recipient Billing | 8.0% |

Service Groupings used in the Earned Discount Calculation:
For each of the Service Groupings below, revenue will be combined from U.S. payer accounts for all applicable billing options (Outbound, Inbound, Third Party and Recipient Bill):

Domestic Express
International Express: International Express revenue include U.S. Export, U.S. Import, Non-U.S. Origin International, Global Third Party, Puerto Rico Southbound, Puerto Rico Northbound and Intra-Puerto Rico shipments, International Express Distribution Services and International Mail Service billed to the account numbers identified herein.
Ground: Includes single piece, per multiweight and return shipments
Home Delivery: Includes single piece, per multiweight and return shipments
SmartPost: Includes all services.

Revenue will be aggregated for the account(s) indicated in the contract and any corresponding discount(s) will be applied to the same account(s).

Frequency: 12 Months

| Service(s) | Annualized Base Transportation Charges | | Earned Discount |
|---|---|---|---|
| Continental US Ground - Outbound Prepaid | $20,000.00 | To  $34,999.99 | 6.0% |
| Continental US Ground - Outbound Prepaid | $35,000.00 | To  $50,999.99 | 6.5% |
| Continental US Ground - 3rd Party Billing | $51,000.00 | To  $67,999.99 | 8.0% |
| Continental US Ground - Recipient Billing | $68,000.00 | To  $89,999.99 | 9.0% |
| | $90,000.00 | Plus. | 10.0% |

Minimum Package Charge: For each package, Customer agrees to pay the greater of the net package charge based on Customer's discounts, if any, for a given service or the minimum net package charge as defined below.

The minimum net package charge will be the base rate defined for the service for the zone(s) and weight(s) shown or the rate per package shown below.

| Service(s) | Package Type(s) | Minimum Net Package Charge |
|---|---|---|
| FedEx Ground - Continental U.S. | OB,3P,RB | Zone 2, 1 Pound |
| FedEx Ground - Service to Alaska | OB,3P,RB | Zone 17, 1 Pound |
| FedEx Ground - Service to Hawaii | OB,3P,RB | Zone 9, 1 Pound |
| FedEx Ground - U.S. to Canada | OB,3P,RB | Zone 51, 1 Pound |

GROUND MULTIWEIGHT
The incentives in this section apply to Commercial Business ONLY.

Customer's Ground Multiweight pricing is defined below and any discounts shall not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

| Term | Term Start | Term End | Base Rate |
|---|---|---|---|
| 1 | Month 1 | --- | Service Guide in effect on date of shipment |

Customer's Ground pricing does not expire and shall remain in effect unless otherwise terminated by Customer or FedEx as specified in the Agreement. FedEx reserves the right to change Customer's pricing program structure upon notice.

**Exhibit A**

Multiweight Terms: The base rates as published in the FedEx Service Guide in effect at the time of shipment, and as modified by any other addendum for ground services between FedEx and Customer will be superseded by the Customer's Multiweight rates, as defined in the tables below, provided that the Customer's Multiweight rates result in lower package charges to the Customer. Multiweight rates do not apply to special handling fees, ancillary or other charges unless expressly stated otherwise.

Multiweight rates are based upon the Multiweight Service Rate Chart. Customer shall receive written or electronically provided notice of changes to the Multiweight Service Rate Chart. FedEx reserves the right to change the Multiweight Service Rate Charge at any time.

Multiweight service is applicable for aggregations of package shipments that are greater than or equal to the minimum shipment weight shown in the table(s) below. In determining total shipment weight and average package weight, each package in the aggregation of packages is weighed and its individual weight is then rounded up to the next full pound. All oversized and dimensional package weight rules apply. For outbound prepaid packages, an aggregation is defined as packages shipped to a single customer at the same address on the same day under one Customer account number and from a single pick-up location. For international shipments, an aggregation is defined as packages shipped under the same shipment number shipped to a single Consignee facility on the same day under one Customer account number. For inbound collect packages, an aggregation is defined as packages shipped under one Customer account number on the same day to the Consignee facility under the same Consignee number.

The Multiweight charge shall be determined by multiplying the current rate per hundred pounds for the zone applicable to the shipment by the number of Multiweight units. Multiweight units are determined by taking the greater of total rated shipment weight or the minimum average package weight shown in the table(s) below times the number of packages in the aggregation and dividing by 100.

A minimum charge for each aggregation shall be assessed. The minimum charge shall be the greater of the minimum charge shown on the Multiweight Service Rate Chart or the Multiweight charge as defined.

| Service(s): | Package Type(s): |
|---|---|
| Continental US Ground | OD,3P,RB |

| Rated Shipment Weight | Multiweight Tier |
|---|---|
| 500 Plus lbs. | 500 |
| 200 to 499 lbs. | 6 |

| Applicable Zones => | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Minimum Average Package Weight | 15 lbs. | 15 lbs. | 15 lbs. | 15 lbs. | 15 lbs. | 15 lbs. | 15 lbs. |
| Minimum Shipment Weight | 200 lbs. | 200 lbs. | 200 lbs. | 200 lbs. | 200 lbs. | 200 lbs. | 200 lbs. |

Any aggregation of packages weighing between 150 pounds and the minimum shipment weight will be rated at the minimum shipment weight.

## HOME DELIVERY SINGLE PIECE

The incentives relating to the same Home Delivery services are additive and are applied to the Base Transportation Charges identified in the table below and are not applied to special handling fees, surcharges, ancillary or other charges.

Customer's Ground pricing is expressed as a percentage discount off of the Base Rate identified in the table below. Discounts do not apply to ancillary, service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

| Term | Term Start | Term End | Base Rate |
|---|---|---|---|
| 1 | Month 1 | * | Service Guide in effect on date of Shipment |

* Customer's Ground pricing does not expire and shall remain in effect unless otherwise terminated by Customer or FedEx as specified in the Agreement. FedEx reserves the right to change Customer's pricing program structure upon notice.

Base Discounts:
Weight/Zone Matrix: The weight and zone associated with a package will be used to determine, from the table(s) below, an additional incentive to be applied to reduce the base package charge.

| Service(s): | Package Type(s): |
|---|---|
| FedEx Home Delivery | OD,3P |

| Package Weight | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 1 to 5 lbs. | 6.0 % | 6.0% | 6.0 % | 6.0% | 6.0% | 6.0 % | 6.0 % |
| 6 to 10 lbs. | 8.0% | 8.0 % | 8.0 % | 8.0 % | 8.0% | 8.0 % | 8.0% |
| 11 to 20 lbs. | 11.0 % | 11.0% | 11.0 % | 11.0% | 11.0 % | 11.0 % | 11.0% |
| 21 to 30 lbs. | 13.0 % | 13.0% | 13.0 % | 13.0% | 13.0% | 13.0 % | 13.0% |
| 31 to 70 lbs. | 15.0 % | 15.0% | 15.0% | 15.0% | 15.0 % | 15.0% | 15.0% |

Earned Discounts:

# Exhibit A

In order for a shipment to count toward Customer's earned discount threshold or to receive an applicable earned discount, the shipment must be billed to a FedEx account number that is eligible for earned discounts and, if an automation device is used, shipped from an earned discount compatible automation device. Customer shall not be entitled to invoice adjustments for earned discounts for use of account numbers or automation devices that are not eligible for earned discounts.

Grace Period:
Beginning with the Effective Date of this Agreement, Customer shall receive the following additional discounts for the time period specified below as the Grace Period. Discounts apply to the Base Rate specified for each applicable service in effect at the time of shipment. Discounts do not apply to ancillary service fees, surcharges, special handling fees or other charges and are applicable for the time period(s) specified below.

At the conclusion of the Grace Period, Customer's discounts will be determined based upon Customer's actual shipping activity as follows:

Customer's Base Transportation Charges (annualized) will be calculated monthly to determine Customer's discount, from the table below, for the following month. Customer's annualized charges shall be based upon the frequency identified below (for example: On a 12 month frequency, beginning with the shipments during the last calendar month of the Grace Period, Customer's Base Transportation Charges will be divided by the corresponding number of months. After 12 months, the Base Transportation Charges for the most recent 12 months are used. The last calendar month of Customer's Grace Period shall be the first month used for this calculation).

Base Transportation Charges are before discounts are applied, and do not include ancillary service fees, surcharges, special handling fees or other charges.

| Grace Period Discounts: 9 Weeks | |
|---|---|
| Service(s) | Discount(s) |
| FedEx Home Delivery - Outbound Prepaid | 3.0% |
| FedEx Home Delivery - 3rd Party Billing | 3.0% |

Service Groupings used in the Earned Discount Calculation:
For each of the Service Groupings below, revenue will be combined from U.S. payer accounts for all applicable billing options (Outbound, Inbound, Third Party and Recipient Bill):

Domestic Express:
International Express: International Express revenue includes U.S. Export, U.S. Import, Non-U.S. Origin International, Global Third Party, Puerto Rico Southbound, Puerto Rico Northbound and Intra-Puerto Rico shipments, International Express Distribution Services and International Mail Service billed to the account numbers identified herein.
Ground: Includes single piece, net multiweight and return shipments.
Home Delivery: Includes single piece, net multiweight and return shipments.
SmartPost: Includes all services.

Revenue will be aggregated for the account(s) indicated in the contract and any corresponding discount(s) will be applied to the same account(s).

Frequency: 12 Months

| Service(s) | Annualized Base Transportation Charges | | Earned Discount |
|---|---|---|---|
| | $26,000.00 | To $34,999.99 | 2.0% |
| | $35,000.00 | To $50,999.99 | 2.5% |
| FedEx Home Delivery - Outbound Prepaid | $51,000.00 | To $67,999.99 | 3.0% |
| FedEx Home Delivery - 3rd Party Billing | $68,000.00 | To $89,999.99 | 4.0% |
| | $90,000.00 | Plus | 5.0% |

Minimum Package Charge: For each package, Customer agrees to pay the greater of the net package charge based on Customer's discounts, if any, for a given service or the minimum net package charges defined below.

The minimum net package charge will be the base rate defined for the service for the zone(s) and weight(s) shown or the rate per package shown below.

| Service(s) | Package Type(s) | Minimum Net Package Charge |
|---|---|---|
| FedEx Home Delivery | OB, 3P | Zone 2, 1 Pound |

## MONEY-BACK GUARANTEE AND OTHER PROVISIONS
Customer is entitled to request refunds under the Money-Back Guarantee Policy provisions of the FedEx Service Guide for all FedEx Ground services.

Customer agrees to declare all extra service charges. FedEx reserves the right to assess applicable extra service charges on packages that Customer does not properly declare.

The following package type abbreviations are defined as follows:

OB    Outbound prepaid packages picked up at the Customer's facility.
IB     Packages received by and billed to Customer (placard enrollment required).
3P     Packages shipped for the Customer by a third party.
RB     Packages received by and billed to Customer.
PRF    Package Returns Packages received at the Customer's facility.
ZJ     Zone jump packages dropped into designated hub(s) and terminal(s).

**Exhibit A**

RM    Return Manager packages received at the Customer's facility
TBIB   Trans-Border packages tendered at U.S. designated hub(s) and terminal(s) received by and billed to Customer (shipped enrollment required)
TBRB   Trans-Border packages tendered at U.S. designated hub(s) and terminal(s) received by and billed to Customer
TB3P   Trans-Border packages tendered at U.S. designated hub(s) and terminal(s) shipped for the Customer by a third party

# Exhibit A

FedEx Ground Multiweight Service Rate Chart

Rate Chart Effective January 02, 2012

Customer Name:  DRB HOLDINGS LLC
Account Number(s):  469886123

Applicable Rates Per 100 Pounds (U.S. $)

| Services: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Continental US Ground | | | Package Type(s): | | | | | |
| | | | OTHR/RB | | | | | |

| Tier | Zone | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| 6 | | $32.00 | $40.30 | $43.40 | $51.85 | $65.45 | $76.15 | $89.05 |
| 306 | | $29.95 | $37.70 | $40.65 | $48.40 | $61.10 | $71.30 | $83.00 |
| Minimum Charge | | $44.75 | $44.75 | $47.50 | $47.50 | $47.50 | $47.50 | $47.50 |

**Exhibit A**

# APPENDIX B

**Exhibit A**

## DECLARATION OF ANDERSON McNEILL

I, Anderson McNeill, do hereby declare and swear as follows:

1.     I am over the age of eighteen and make this Declaration based upon facts within my personal knowledge.

2.     I am the Vice President and General Merchandise Manager of Dawn J. Bennett Holding, LLC d/b/a/ DJB Holding (DJ Bennett), and run all of its global operations. In this capacity, I am responsible for the following: Warehouse Operations (shipping and receiving), Outside Sales, Customer Service, Merchandising, I.T. China Operations Team, Digital Marketing, and Creative & Photographic Services. I have worked in the Direct-to-Customer business for over 25 years and have held senior executive positions with Reebok International and Britches of Georgetown, Inc.

3.     DJ Bennett provides top-of-the line sports apparel and gear to a world-wide market. Competition is fierce and success depends on the ability to deliver merchandise in a timely manner at reasonable costs. Customers look to DJ Bennett to select a transportation service that is efficient, effective, reliable, and reasonably priced. DJ Bennett makes more than 10,000 shipments a year and its shipping costs exceed $50,000. Accordingly, its business is highly sought after by UPS, Federal Express, and other surface and air freight carriers.

4.     Competition for surface and air freight business is so intense that carriers routinely offer steep discounts over the norm to their customers to keep their business and to prospective new customers to attract business from competitors. Tiered volume discounts for corporate accounts are standard operating procedure for carriers such as FedEX and UPS. These discounts are given once a certain volume level of outbound shipments is reached; the higher the volume, the bigger

1

**Exhibit A**

the discount. In my experience, it is quite reasonable to expect a discount from 15-33% on the volume of business DJ Bennett was doing with FedEX.

5. Prior to April, 2012, UPS was DJ Bennett's principal carrier. FedEX seriously began to solicit DJ Bennett's business earlier that year, claiming to be able to provide superior service at more favorable rates and discounts than UPS. On April 9, 2012, DJ Bennett entered into a pricing agreement with FedEX, expecting not only to have an improvement in service, but at substantially reduced rates.

6. In late 2014, DJ Bennett was seriously considering returning to UPS because Fed EX's promised steep price discounts had not materialized. FedEX must have sensed a problem, since in January 1014, Kane Wengerd took over our account and was adamant about immediately meeting with me and Dawn Bennett to discuss current discounts.

8. Upon arriving at my office, the first thing he said, after introductions, was, "You guys are killing your numbers and paying way too much for the volume you are doing." "I pulled up your November/December invoices and you're blowing your numbers away." As he went on to explain, DJ Bennett's discount was predicated at a lower level than the level of business it was providing FedEx and was entitled to a larger discount. More to the point, he said, "At this level, you guys would be my top account." As a follow up to this meeting and others, Ms. Bennett and I repeatedly contacted Wengerd for a detailed accounting of FedEX's invoices beginning in August, 2013.

8. Kane Wengerd acknowledged to me over the phone and in person that a higher discount was a reasonable expectation, but when, in the spirit of transparency, I requested that FedEX provide me with a simple spreadsheet covering August 2013 through January 2014, showing

2

**Exhibit A**

what DJ Bennett actually paid by the month" versus what we "should have paid each month based on volume," the requests were ignored.

9.      After waiting several months for Wengerd to reveal how much we had been overcharged and was continuing to be, DJ Bennett withheld payments on invoices in an effort to resolve the situation and to obtain the discounts it was entitled to under its contract.

10.      FedEX ignored my offer to meet and confer in an effort to resolve this matter.  In August, 2014, I was contacted by a collection agency, seeking to collect $22,377.98 in transportation charges allegedly due FedEX for service provided from February 25, 2014 through August 19, 2014. I offered to have a conference call with the collection agency and FedEX leadership team; I never heard back.  On February 25, 2015, FedEX filed its complaint in this action.   DJ Bennett denies owing anything to FedEX and seeks over $30,000 in overcharges.

      Dated: June 1, 2016

**Exhibit A**

I hereby state, under penalty of perjury, that the foregoing factual statements are true and correct to the best of my knowledge, information, and belief.

Anderson McNeill

Exhibit A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DAWN J. BENNETT HOLDING, LLC
Vs. C.A. No. 2016 CA 004102 B
FEDEX TECH CONNECT, INC.

**INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge JOHN M CAMPBELL
Date: June 7, 2016
Initial Conference: 9:30 am, Friday, September 09, 2016
Location: Courtroom 519
500 Indiana Avenue N.W.

**Exhibit A**

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiffs counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc